UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOANN PRESCIA | CIVIL ACTION |
| VERSUS | |
| OLD REPUBLIC INSURANCE COMPANY ET AL. | NO.: 18-00593-BAJ-EWD |

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** under 28 U.S.C. § 636(b)(1). The United States Magistrate Judge recommends that the Court grant Plaintiff's Motion to Remand (Doc. 4) this action to the 19th Judicial District Court for the Parish of East Baton Rouge.

The Report and Recommendation notified the parties that they had 14 days from the date they received the Report and Recommendation to file written objections. (Doc. 7). No party objected. Having considered Defendants' Notice of Removal (Doc. 1), Plaintiff's Motion to Remand (Doc. 4), Defendants' Memorandum in Opposition (Doc. 6), and the United States Magistrate Judge's Report and Recommendation (Doc. 7), the Court approves the United States Magistrate Judge's Report and Recommendation and adopts the findings of fact, conclusions of law, and recommendation.

1

Accordingly,

**IT IS ORDERED** that the United States Magistrate Judge's **Report and Recommendation (Doc. 7)** is **ADOPTED** as the Court's opinion.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 4)** is **GRANTED**. A separate Order of Remand shall issue.

Baton Rouge, Louisiana, this 9th day of January, 2019.

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**